IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Kelli Suttles, *et al.*, | : |
| | : |
| Plaintiffs, | : Case No. 3:17-cv-1346 |
| | : |
| vs. | : Judge James G. Carr |
| | : |
| Buckeye Family Residential Care | : Magistrate Judge James R. Knepp, II |
| Services, Inc., *et al.*, | : |
| | : |
| Defendants. | |

## ORDER

For good cause shown, Plaintiffs' Motion for Conditional Certification [Doc. No. 4] is GRANTED. The following class is conditionally certified pursuant to 29 U.S.C. § 216(b) :

> All current and former hourly-paid individuals employed by Defendants at the Hillside Rest Home, Royal Gables, Fritz House, and/or Buckeye Rest Home facilities, between June 26, 2014 and March 22, 2016, who were paid on an hourly basis, and who did not receive overtime payment at a rate of one and one-half times their regular rate of pay for all hours worked in a single workweek in excess of 40.

Defendants have identified all potential opt-in plaintiffs by providing a list in electronic and importable format, of the names, addresses, e-mail addresses, and dates of employment of all potential opt-in plaintiffs who worked for Defendants between June 26, 2014 and March 22, 2016 (the "Class List"). The Court APPROVES the agreed upon Notice of Collective Action Lawsuit and Consent to Join [Doc. No. 11-1] and order the same to be provided to the putative class members via First-Class U.S. Mail and

email to the individuals identified on the Class List. The opt-in period shall be 45-days from the date the notices are mailed.

**IT IS SO ORDERED**

                                                      /s/ James G. Carr

                                                      JAMES G. CARR
                                                      UNITED STATES DISTRICT JUDGE