# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **KELLI SUTTLES**, *et al.* for themselves and all others similarly situated, | : : : | |
| Plaintiffs, | : : | Case No.: 3:17-cv-1346 |
| v. | : : | JUDGE JAMES G. CARR |
| **BUCKEYE FAMILY RESIDENTIAL CARE SERVICES, INC**, *et al.*, | : : : | |
| Defendants. | : : | |

## ORDER

Pursuant to the parties' Joint Motion for Approval of Collective Action Settlement Agreement and a review of the Settlement Agreement ("Agreement") attached thereto as Exhibit A, this Court hereby finds good cause to approve the settlement reached by the parties pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b).  The Court further finds the material terms of the Agreement to be adequate, fair, and reasonable.

IT IS SO ORDERED.

**Dated:** 8/3/18

/s/ James G. Carr

**UNITED STATES DISTRICT JUDGE**